

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

ERIC EARL BABCOCK ,
[You are the PLAINTIFF, print your full name on this line.]

v. JOHN GALIPEAU
WARDEN of WCC/IDOC ,

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:23-cv-365
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] GALIPEAU AKA WARDEN of WCC/IDOC | INDIANA DEPARTMENT of CORRECTIONS, WESTVILLE CORRECTIONAL Facility 5501 South 1100 WEST, WESTVILLE IN 46391 |
| 2 | [Put the names of any other defendants in these boxes.] Lt. Escobedo DEAPUTY WARDEN BRIAN GANN | INDIANA DEPARTMENT of CORRECTIONS WESTVILLE CORRECTIONAL FACILITY 5501 South 1100 WEST WESTVILLE IN 46391 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 3 will AMEND at later date.

2. What is the name and address of your prison or jail? 5501 S. 1100 W. Westville Indiana 46391

3. Did the event you are suing about happen there? ☑ Yes. ☐ No, it happened at: _____

4. On what date did this event occur? 3/7/23, 3/8/23, 3/9/23

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I ERIC BABCOCK on 3/7/23 requested protective custody. I asked Lt. Escobedo, John Galipeau, & Brian Gann for protection after being assulted in Dorm D1-East. I stated I was in fear for my life and saftey in General Population and that I believed my left hand may be broke. I was refused protection and handcuffed. Lt. Escobedo and another officer after Brian Gann stated in the EC squad room "you have to go around the block a few more times" I asked what did that mean? Mr Gann stated I needed to have more than one assult. I then was forced by Lt. Escobedo and another officer handcuffed and in only my socks into C2-Dorm where I made it verbaly and by way of filling out a request for protection that I was afraid to go into.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Since these assults and me not being proteted when I requested to be. I have nightmares about being beaten, stabbed, and killed.

Im scared to let people behind me where I can't see them.

I have panic attacks where I feel like I can't breath.

I feel like at any moment I could be assulted and that the staff here at this facility will allow another assult or even aid in another assult if they can get away with it.

Since these assults and not being protected I am in so much fear and scared so much that I can't focus on anything educational because, Im so worried that Im going to be assulted and if I am assulted nothing will be done to prevent it.

## Claims and Facts (continued)

After being forced into C2-Dorm after lunch was served on 3/8/23 I was assulted and knocked unconsious by 3-5 inmates. At breakfast on 3/9/23 which was the soonest I could tell facility staff I needed help without it putting me further in danger as the officer working the dorm had acted like she didnt know I was assulted. "I sceemed for help before being knocked unconcious".

Again I went to EC-squad room requested protective custody, I filled out another request for protection a cpt. called Mr. Gown I was denied protection again, forced to go to 6 Center A Housing unit o GSC side of the facility

I was taken to Cool Springs orthopidics for a fallow up on my left hand on 4/17/23 where it was confiemed that I "have" a fracture in my left hand.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ● After I was convicted while confined serving the sentence. *EB*
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No. *EB*
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ● Yes, this event was grievable, but I did not file a grievance because I HAVE filed all the greivance steps but have not yet received a respounce from the final step – will amend at later date and time

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   To rectify the events that have happened to me. For the policy and procedures in place to be followed by this facility and by federal and state law, and to negotiate a settlement

[Initial Each Statement]

*EB* I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
*EB* I will keep a copy of this complaint for my records.
*EB* I will promptly notify the court of any change of address.
*EB* I WILL NOT send more than one copy of any filing to the court.
*EB* I WILL NOT send summons, USM-285, or waiver forms to the clerk.
*EB* I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 5/2/2023 at 9:40 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                          970360
Signature                                                Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]