UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ERIC EARL BABCOCK,

    Plaintiff,

      v.                     CAUSE NO. 3:23-CV-365-JD-MGG

JOHN GALIPEAU, et al.,

    Defendants.

## ORDER

Eric Earl Babcock, a prisoner without a lawyer, was granted until August 22, 2023, to resolve his filing fee status and to show cause why he was not in contempt of court. ECF 18. He was cautioned if he did not respond by the deadline, this case could be dismissed without further notice. The deadline has passed, but he did not respond. It appears he has abandoned this case.

For these reasons, this case is dismissed as abandoned under Federal Rule of Civil Procedure 41(b).

SO ORDERED on September 14, 2023

/s/JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT