# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ERIC EARL BABCOCK

       Plaintiff

  v.

Civil Action No. 3:23-cv-365

JOHN GALIPEAU, *also known as* Galipeau

ESCOBEDO, *also known as* Richard Escobedo

BRIAN GANN, *Deaputy Warden, TERMINATED: 07/24/2023*

KENNETH GANN

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED as abandoned under Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Jon E DeGuilio.

DATE: 9/15/2023                      CHANDA J. BERTA, CLERK OF COURT

by   s/A. Highlen
*Signature of Clerk or Deputy Clerk*